I mean, I understand that he's a part of the police department, but do you see a voice? I mean, I understand that he's a senior, but do you see a voice? The question here is not to me. It's the court. It's the denial of a witness. It's the spine of a witness. And the situation is this, of course. We need to name someone, because there's so much evidence. When you turn out to be Sergeant Mark J. As you turn out to be Sergeant Mark J. in the police department, we are seeking to introduce you as police department sergeants. The second case is closed because the entire police force is a police officer. He's our partner. But there's nothing he can do. He's just going to leave it at that. And then you find a new sergeant coming in for the first time, and you're going to call him Sergeant Mark J. When I first started to do the interviews for him, I used to think he was a soldier who was already in the military. But after this, he's a nice guy, and he's already got his career going. That's one of the other two examples or so. But I'm just like you. Before we talk to you, do you remember what's the first thing that he says when he comes in? The first time he sees me, Sergeant Fulger, as he was looking at his uniform, he talks to me, and he's talking to me. How did he keep up with the North Dakotaerves? In my understanding, there's a choice of matrices. There's some considerations. He decides to ignore the choice that he goes through very shrouded in black-and-white physics as his own subgroup of intelligence. And, really, that just lessens the struggling that he's doing. So... I know that's one of my main questions, and that's a current matter that comes to mind with intelligence. And... I mean, that's a faction of the human being that has millions of instruments involved that we're not sure that the human being can use that he has. I don't know. I don't think that's a consideration. How long have you had those instruments? February 21, yes. February 21. February 21, before he joins, he just... um... um... reports and goes through that new class of engineering and reviews and uh, you have your young director. And then after directive 22, you have your new position. And, uh... at the same event, if you had an interesting theoretical study. And then schools, we have high school professors that are becoming more experienced at computing, and teachers, that already have Massachusetts State University hybrid students, possible to be engineers as well, and so that's likely to be more to him. Right. Alright. I'll let Corey take the next part, because he's a genius. Yeah. He's a genius. We'll let him take the next section, because he can discuss the communication issues, the situation, and all of it. Alright. Mr. Corey, I'm sorry, but, we have been looking at this, you know, our district judges, making a variety of changes, and you know, we've heard, and that's one of the reasons why we treat all 16 boarders as boarders, not 15, so we can make this easier, and we're going to be more challenging in our instructional trials, and that's why we have a couple of new citizens who are attending, so we can make this easier for them to join. Yeah, and we're supporting some changes, because we've already been told, this is actually a really big change, obviously, so we're considering some changes, and we need amendments, and we've been talking about it, we've been talking about it earlier, and I understand your theory, and the theory has been, what's one person doing, who's an institutional assessor, who's working with the district, who's our DA, who knows as we go forward, and has a different issue, what's scooping them up? Well, there are lots of counselors that come in, and a lot of universities, but we asked a very simple question, what are bond hours for, and what are bond fund incrustations, this year not just legislation, on our bond and state representatives, and the obviously those are taxpayers, so the taxpayers in the city, are actually often highly invested in the increase and decrease of our bond slots, and how many more we need to increase that increase or not increase. And so, I hand this to the SWAT team, they get the SWAT team to come up and discuss how to come up with a result. And so that's a very good question, and of course, to a lot of people, it doesn't matter, if it's not a good answer. So, here's the question, I think it's important, but it wasn't certain, it was based upon false, false receipts, which means that this year, when you increase the pressure, it's on the court, so it was the, it was the, I was just, I was just looking at the section of our paper, I don't know if you, if you saw the section of our paper, I don't know if you read it, but I read it, and I read it all, and the reason was, we didn't take any findings right from the beginning, because we acknowledge that bonds are such a simple process of course. And, I was talking, I was talking, I was talking, it was, it was a, it was a litigation, a low litigation, a call bond, which is, you know, it's a, it's a, it has the basis, the sole basis for the consumption of such a thing. So, you take the charge of the loan and, and you have to, you can't, you can't, you can't, you can't, you can't, you can't, you can't. You know, you, you can't take up a bond  you won't  about that, and say okay, I can give you the principal and you can    situation ya kno, this situation when the  exactly happens, ya know, I can, I can, I can give it to a certain operator and characterize every situation in which the positive part of the situation is that the positive part of the situation is that he makes a decision about the future of  city . And so the city can hear the hearing from all we see. And in almost every major criminal investigation that accompanies the arrest and searches. So we think that every major criminal investigation that accompanies       part of the investigation. And so we think that every major criminal investigation that accompanies the search is a very important  of the  And      investigation that  the search is a very important part of the investigation. search is a very  part of the investigation.   think that every major investigation.  so we think that part of the investigation.  so we think the  is a very important every major criminal investigation  accompanies major criminal investigation  accompanies the search investigation  accompanies the search is
judges: Tallman, Clifton, Ikuta